# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MAE MOSLEY,**

        Plaintiff,

            Case No. 09-C-1118

  -vs-

**BRIGGS & STRATTON CORP.,**

        Defendant.

## ORDER OF DISMISSAL

Based upon the foregoing Stipulation of the parties, it is hereby ORDERED that the Stipulated Dismissal is approved, and that the above-referenced case is hereby dismissed, with prejudice and without costs to either party.

Dated at Milwaukee, Wisconsin, this 6th day of October, 2010.

        **SO ORDERED,**

        *s/ Rudolph T. Randa*
        **HON. RUDOLPH T. RANDA**
        **U.S. District Judge**